UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - : INDICTMENT

JAMES CHRISTO and
REMILA CHRISTO, : 07 CRIM. 818

Defendants. :

- - - - - - - - - - - - - - - - - - x



COUNT ONE

Conspiracy to Commit Immigration Fraud,
Perjury, and to Make False Statements

The Grand Jury charges:

1. At all times relevant to this Indictment, JAMES CHRISTO, the defendant, was an attorney.

2. At all times relevant to this Indictment, REMILA CHRISTO, the defendant, was married to JAMES CHRISTO, the defendant.

3. At all times relevant to this Indictment, JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, operated a law firm in Manhattan that, among other things, assisted aliens of Albanian nationality with applications for political asylum.



4. At all times relevant to this Indictment, a successful application for political asylum generally required, among other things, that:

a. the applicant submit his or her application within one year of his or her last arrival in the United States;

b. the applicant demonstrate that he or she is a "refugee," meaning, in general terms, that he or she is unable to return to his or her country because of persecution or a well-founded fear of persecution on account of race, religion, nationality, membership in a particular social group, or political opinion;

c. the applicant subscribe to the assertions contained in his or her application for political asylum under penalty of perjury; and

d. the applicant be interviewed, under oath, by an asylum officer.

5. In the course of operating their law firm, JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, conspired to provide applicants and potential applicants for political asylum with assistance in making and supporting fraudulent claims for political asylum. Specifically, JAMES CHRISTO, REMILA CHRISTO, and others known and unknown, helped

applicants and potential applicants (i) concoct false and fraudulent stories that would purport to satisfy the aforementioned criteria for political asylum, (ii) obtain fraudulent evidence that purported to support those false and fraudulent assertions, (iii) prepare and submit asylum applications containing the false and fraudulent assertions, and (iv) prepare for the asylum interview at which the applicant would be required to reiterate the false and fraudulent assertions.

## Statutory Allegations

6. From in or about April 11, 2005 through in or about May 9, 2005, in the Southern District of New York and elsewhere, JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, unlawfully, wilfully, and knowingly combined, conspired, confederated, and agreed together and with each other to commit offenses against the United States, to wit, to violate Sections 1001, 1546(a), and 1621 of Title 18, United States Code.

7. It was a part and an object of the conspiracy that JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, in a matter within the jurisdiction of the executive, legislative, and judicial branches of the United States, unlawfully, wilfully and knowingly, would and did falsify, conceal and cover up by trick, scheme and device a

material fact, and would and did make a materially false, fictitious, and fraudulent statement and representation, and would and did make and use a false writing and document knowing the same to contain a materially false, fictitious and fraudulent statement and entry, in violation of Title 18, United States Code, Section 1001.

8. It was a further part and an object of the conspiracy that JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, unlawfully, wilfully, and knowingly would and did utter, use, attempt to use, possess, obtain, accept, and receive an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, and to have been procured by means of a false claim and statement, and to have been otherwise procured by fraud and unlawfully obtained, and would and did make under oath, and as permitted under penalty of perjury under section 1746 of Title 28, United States Code, subscribe as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and would and did present such application, affidavit, and other document which contained such

false statement and which failed to contain a reasonable basis in law and fact, in violation of Title 18, United States Code, Section 1546(a).

9. It was a further part and an object of the conspiracy that JAMES CHRISTO and REMILA CHRISTO, the defendants, and others known and unknown, having taken an oath before a competent tribunal, officer, or person, in a case in which a law of the United States authorized an oath to be administered, that he or she would testify, declare, depose, and certify truthfully, and that written testimony, a declaration, a deposition, and a certificate by him or her subscribed, was true, unlawfully, wilfully, knowingly, and contrary to such oath would and did state and subscribe a material matter which he or she did not believe to be true and, in a declaration, certificate, verification, and statement under penalty of perjury as permitted under Section 1746 of Title 28, United States Code, unlawfully, wilfully, and knowingly would and did subscribe as true a material matter which he or she did not believe to be true, in violation of Title 18, United States Code, Section 1621.

Overt Acts

10. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among

others, were committed in the Southern District of New York and elsewhere:

a. On or about April 13, 2005, in New York, New York, JAMES CHRISTO, the defendant, met with an undercover agent of the Federal Bureau of Investigation (the "UC"), who was posing as an applicant for political asylum.

b. On or about May 4, 2005, in New York, New York, JAMES CHRISTO and REMILA CHRISTO, the defendants, met with the UC, who was still posing as an applicant for political asylum, and assisted him in concocting false and fraudulent assertions to be submitted in an asylum application.

c. On or about April 29, 2005, in New York, New York, JAMES CHRISTO, the defendant, met with a co-conspirator not named as a defendant herein ("CC-1"), and assisted CC-1 in concocting false and fraudulent assertions to be supplied to an asylum officer during CC-1's upcoming asylum interview.

d. On or about May 9, 2005, CC-1 attended an asylum interview, swore an oath to tell the truth and, as instructed by JAMES CHRISTO, the defendant, provided false and fraudulent answers to questions posed by the asylum officer.

(Title 18, United States Code, Section 371.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

JAMES CHRISTO and
REMILA CHRISTO,

Defendants.

---

**INDICTMENT**

07 Cr.

(Title 18, United States Code, Section 371.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.