

Law Offices Of
**JOHN W. MITCHELL**
30 Broad Street, 27th Floor
New York, N.Y. 10004

Phone 212 696-9500

Fax 212 334-5412

**MEMO ENDORSED**

January 9, 2007

Re: <u>United States v. Christo, 07 cr 818</u>

Dear Judge Berman,

    I am counsel to the defendant James Christo, in the above entitled matter. I am writing to respectfully request that the appearance in this case, scheduled for tomorrow afternoon, be moved to February 11, 2008 at 2:00 PM. The government and defense are still in the discovery process, which has taken a bit longer than usual because there are a number of tape recordings involved and many of them are in the Albanian language. Nonetheless, the government has been supplying tapes in an on-going process and is also going to provide transcripts as soon as they are ready. I have spoken with AUSA Michael Levy, who is counsel to the government in this matter, and he agrees that an adjournment would be appropriate. Finally, I am in the process of moving my office and things are a bit hectic as a result.

    Accordingly, it is respectfully requested that this matter be adjourned until February 11, 2008 at 2:00. It is understood that the period from January 10, 2008 until February 11, 2008 will be excluded under the Speedy Trial Act.

Yours truly,

John W. Mitchell

cc: AUSA Michael Levy
    Richard B. Lind, Esq.

> Application granted on consent. Conference is now scheduled for 2-11-08 at 2:00pm. Speedy Trial time is excluded for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 1-10-08
> Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08

Law Offices Of
# JOHN W. MITCHELL
30 Broad Street, 27th Floor
New York, N.Y. 10004

Phone 212 696-9500

Fax 212 334-5412

RECEIVED JAN 09 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

## FAX TRANSMITTAL
### DELIVER TO THE ADDRESSEE/S ONLY

| To: Hon. Richard M. Berman | Date & Time: January 9, 2008 (4:12pm) |
|---|---|
| From: John W. Mitchell, Esq. | Pages (Including This Page): 2 |
| To Fax No. : 212 805-6717 | Reference: United States v. Christo, 07 cr 818 |

### Comments

This fax is to confirm that I my office spoke with Mr. Lind, counsel to Remila Christo, and he too consents to the proposed adjournment and understands that the period from January 10, 2008 to February 11, 2008 will be excluded for purposes of speedy trial calculations.

John W. Mitchell

CONFIDENTIALITY NOTE: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is