IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:07-CR-818 |
| ) | |
| JAMES CHRISTO, ) | Hon. Richard M. Berman |
| ) | |
| Defendant. ) | |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Jack T. Litman, attorney for James Christo, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> William B. Moffitt
> Moffitt & Brodnax, Ltd.
> 108 North Alfred Street
> Suite 100 – Lower Level
> Alexandria, VA 22314
> Phone: (703) 684-9400
> Fax: (703) 684-9401
> Email: wbmoffitt_esq@yahoo.com

is admitted to practice pro hac vice as counsel for James Christo in the above captioned Case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 6/17/08
New York, NY

So Ordered
Richard M. Berman
USDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  Criminal No. 1:07-CR-818 |
| | ) |
| JAMES CHRISTO, | )  Hon. Richard M. Berman |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF JACK T. LITMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York

County of New York

Jack T. Litman, being duly sworn, hereby deposes and says as follows:

1. I am partner at Litman, Asche & Gioiella, LLP. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit William B. Moffitt as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the _State of New York_ and was admitted to practice law in _1968_. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William B. Moffitt since _1986_.

4. Mr. Moffitt is partner at Moffitt & Brodnax, Ltd., in Alexandria, Virginia.

5. I have found Mr. Moffitt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of William B. Moffitt, pro hac vice.

7. I respectfully submit a proposed order granting the admission of William B. Moffitt, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit William B. Moffitt, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Sworn to before me this

Dated: 6/16/08

New York, NY

Notarized: _____

FREDERICK L. SOSINSKY
Notary Public, State of New York
No. 31-4991653
Qualified in New York County
Commission Expires Feb. 3, 2011

Respectfully Submitted,

_____
JACK T. LITMAN
SDNY Bar Nunber: 4232

## CERTIFICATE OF SERVICE

I, William B. Moffitt, hereby certify that the foregoing motion for admission pro hac vice was filed with the Clerk for the United States District Court for the Southern District of New York on June 17, 2008 and served a copy by hand delivery on the following individual:

    Michael Alexander Levy
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007

_____
WILLIAM B. MOFFITT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:07-CR-818 |
| ) | |
| JAMES CHRISTO, ) | Hon. Richard M. Berman |
| ) | |
| Defendant. ) | |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jack T. Litman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> William B. Moffitt
> Moffitt & Brodnax, Ltd.
> 108 N. Alfred Street
> Suite 100 – Lower Level
> Alexandria, VA 22314
> Phone: (703) 684-9400
> Fax: (703) 684-9401

William B. Moffitt is a member in good standing of the Bar of the States of Virginia and the District of Columbia. There are no pending disciplinary proceedings against William B. Moffitt in any State or Federal Court.

Dated: June 16, 2008

New York, NY

Respectfully Submitted,

_____
JACK T. LITMAN
SDNY Bar Nunber: 4232
Litman, Asche, & Gioiella, LLP

45 Broadway, 30th Fl.
New York, NY 10006
Phone: (212) 809-4500
Fax: (212) 509-8403

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

This is to certify that **WILLIAM B. MOFFITT** is an active member of the Virginia State Bar in good standing.

**MR. MOFFITT** was licensed to practice law in Virginia on MAY 22, 1975, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued May 13, 2008

*Karen A. Gould*
Executive Director and
Chief Operating Officer